IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. RDB-10-0386 |
| | * | |
| ROBERT BARRY ADCOCK | * | |

*****************

## MOTION TO SUPPRESS

Now comes Robert Barry Adcock, Defendant, by Flynn M. Owens, and Rubin & Owens, P.A., his attorneys, and moves to suppress all evidence seized from the Defendant, or in any location in which the Defendant resides, resided or any other property in which the Defendant has a possessory interest, and all subsequent admissions by the Defendant, and in support thereof says:

1. That the search of said person and properties was without probable cause, and that a valid warrant had not been issued.

2. That the search and seizure violated the right of this Defendant to be protected against an unreasonable search and seizure of his property and person.

3. Further, that any admission of ownership by this Defendant of any contents seized was the product of said illegal search and seizure and accordingly was so tainted that it should not be received in evidence against this Defendant.

WHEREFORE, Defendant respectfully prays that the evidence seized from him, and any admissions tainted thereby, may be suppressed.

_____/s/_____
Flynn M. Owens, Esquire
RUBIN & OWENS, P.A.

## POINTS AND AUTHORITIES

Defendant prays leave to reserve the right to file a Memorandum of Law when sufficient discovery information has been supplied to assist counsel in analyzing the merits of this claim.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2010, a copy of the aforegoing Motion to Suppress was electronically filed to Joyce McDonald, Esquire, Assistant United States Attorney, 36 South Charles Street, Fourth Floor, Baltimore, Maryland  21201, and mailed via first class mail, postage prepaid, to Robert Barry Adcock.

                                                                                               /s/
                                                               Flynn M. Owens
                                                               RUBIN & OWENS, P.A.