IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. RDB-10-0386 |
| | * | |
| ROBERT BARRY ADCOCK | * | |

****************

MOTION TO SUPPRESS STATEMENTS,
ADMISSIONS AND CONFESSIONS

    Now comes the Defendant, Robert Barry Adcock, by Flynn M. Owens, Esquire and Rubin & Owens, P.A., his attorneys, and moves this Honorable Court to suppress any and all statements, admissions and confessions allegedly given by the Defendant, Robert Barry Adcock, whether oral or written or otherwise recorded, which the Government proposes to use as evidence against him, for the following reasons:

    1.  That the Defendant was arrested by agents of either the local police department, the DEA, the Bureau of Alcohol Tobacco and Firearms, or the FBI.

    2.  Any statements, admissions or confessions allegedly made by the Defendant to any law enforcement officer either federal, state or local, were obtained in violation of the Defendant's privilege against self-incrimination and his right to counsel as granted by the Fifth, Sixth and Fourteenth Amendments of the United States Constitution.

3. Any statements, admissions or confessions allegedly made were obtained in violation of the rights secured by the Defendant by the Supreme Court's holding in <u>Miranda v. Arizona</u>, 384 U. S. 436 (1966).

4. Any statements, admissions or confessions allegedly made were the products of "fruits" of illegal arrest.

5. The Defendant is entitled to a hearing on the voluntariness of any statements, admissions or confessions attributed to him in accordance with the provisions of Title 18 U.S.C. Section 3501, and the principles set forth in the case of <u>United States v. Inman</u>, 352 F.2d 954 (4th Cir. 1965).

6. And for such other and further reasons as may become apparent at the hearing on this Motion.

WHEREFORE, the Defendant, Robert Barry Adcock, respectfully moves that all statements, admissions, or confessions, which the Government proposes to use as evidence against him, whether oral, written or otherwise recorded, be suppressed.

_____/s/_____<br>
Flynn M. Owens, Esquire<br>
RUBIN & OWENS, P.A.

## POINTS AND AUTHORITIES

Fifth, Sixth and Fourteenth Amendments to the United States Constitution.

<u>Miranda v. Arizona</u>, 384 U. S. 436 (1966)

Title 18, U.S.C. Section 3501

<u>United States v. Inman</u>, 352 F. 2d 954 (4th Cir. 1965)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 24th day of August, 2010, a copy of the aforegoing Motion to Suppress Statements, Admissions and Confessions was electronically filed to Joyce McDonald, Esquire, Assistant United States Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201, and mailed via first class, postage prepaid, to Mr. Robert Barry Adcock.

/s/<br>
Flynn M. Owens, Esquire