IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | **CRIMINAL NO. RDB-10-0386** |
| **ADAM WAYNE BERG,** | : | |
| **JEFFREY MARK HARMON,** | | |
| **ROBERT BARRY ADCOCK, and** | : | |
| **BERG BROS RECYLING, INC.,** | | |
| Defendants. | : | |

. . . oOo . . .

## GOVERNMENT'S MOTION FOR DISCLOSURE
## OF GRAND JURY RECORDS FOR PHOTOCOPYING

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Joyce K. McDonald, Assistant United States Attorney for said District, hereby moves for an order authorizing the disclosure of grand jury material to a copying service chosen by the defendant for the purpose of copying records obtained by grand jury subpoena. In support of its Motion, the United States shows as follows:

1.  The United States Attorney's Office has made available to the defendants for inspection records which were obtained through Grand Jury subpoena which are "material to preparing the defense." Rule 16 (a)(1)(E), Fed.R.Crim.P.

2.  The attorneys for Adam W. Berg wish to have certain records which they have identified to be photocopied by a commercial copying service, namely Lex Reprographics, 100 South Charles Street, Baltimore, MD.

The US Attorney's office seeks permission from the Court to disclose the records to Lex Reprographics and also asks the Court to impose on the copy service a duty to maintain the confidentiality of the documents obtained by grand jury subpoena.

WHEREFORE, the government moves pursuant to Rule 6(e), Fed.R.Crim.P., for an order authorizing disclosure of the grand jury subpoenaed documents to Lex Reprographics, 100 South Charles Street, Baltimore, MD 21201, solely for the purpose of copying the records, providing the copy to defense counsel, and promptly returning the records to the custody of the U.S. Attorney's Office, to make no other disclosure of the records and to maintain the confidentiality of the records while they have custody of them.

    Respectfully submitted,
    Rod J. Rosenstein
    United States Attorney

By:___/s/_____
    Joyce K. McDonald
    Assistant United States Attorney
    36 South Charles Street
    4th Floor
    Baltimore, MD 21201
    410-209-4800

CERTIFICATE OF SERVICE

This is to certify that on this ___10th___ day of _November 2010, a copy of the foregoing Government's Motion For Disclosure of Grand Jury Records for Photocopying was served on counsel by e-filing with the Court.

 

_____
Joyce K. McDonald
Assistant United States Attorney
4th Floor
36 South Charles Street
Baltimore, MD 21201
410-209-4800