**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| v. | : **CRIMINAL NO. RDB-10-0386** |
| **ADAM WAYNE BERG,** | : |
| **JEFFREY MARK HARMON,** | |
| **ROBERT BARRY ADCOCK, and** | : |
| **BERG BROS RECYLING, INC.,** | |
| Defendants. | : |

. . . oOo . . .

## GOVERNMENT'S RESPONSE TO DEFENDANT ADAM BERG'S REQUEST FOR NOTICE OF RULE 404(b) EVIDENCE

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Joyce K. McDonald, Assistant United States Attorney for said District, hereby responds to Defendant Adam Berg's Request for Notice of the Government's Intent to Introduce Evidence Pursuant to Fed.R. Evid. 404(b).  The government has provided notice by letter to defense counsel.  Accordingly, this request has been satisfied.

        Respectfully submitted,
        Rod J. Rosenstein
        United States Attorney

By:___/s/_____
    Joyce K. McDonald
    Assistant United States Attorney
    36 South Charles Street
    4th Floor
    Baltimore, MD 21201
    410-209-4800

CERTIFICATE OF SERVICE

This is to certify that on this ___19th___ day of _November 2010, a copy of the foregoing Government's Response to Defendant Adam Berg's Request for Notice of the Government's Intent to Introduce Evidence Pursuant to Fed.R.Evid. 404(b) has been served by electronic filing.

_/s/_____
Joyce K. McDonald
Assistant United States Attorney
4th Floor
36 South Charles Street
Baltimore, MD 21201
410-209-4800