IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **CRIMINAL NO. RDB-10-0386** |
| **ADAM WAYNE BERG,** : | |
| **JEFFREY MARK HARMON,** | |
| **ROBERT BARRY ADCOCK, and** : | |
| **BERG BROS RECYLING, INC.,** | |
| Defendants. : | |

. . . oOo . . .

## GOVERNMENT'S RESPONSE TO DEFENDANT JEFFREY HARMON'S MOTION FOR SEVERANCE

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Joyce K. McDonald, Assistant United States Attorney for said District, hereby responds to Defendant Jeffrey Harmon's Motion for Severance. The Motion asks the Court to sever the trial of Defendant Harmon from the trial of Robert Adcock. The Government believes that this Motion will become moot as meaningful plea discussions are underway between the Government and counsel for Mr. Adcock.

        Respectfully submitted,
        Rod J. Rosenstein
        United States Attorney

By:___/s/_____
        Joyce K. McDonald
        Assistant United States Attorney
        36 South Charles Street
        4th Floor
        Baltimore, MD 21201
        410-209-4800

## CERTIFICATE OF SERVICE

This is to certify that on this ___19th___ day of _November 2010, a copy of the foregoing Government's Response to Defendant Jeffrey Harmon's Motion for Severance was served on counsel by e-filing with the Court.

 

_____
Joyce K. McDonald
Assistant United States Attorney
4th Floor
36 South Charles Street
Baltimore, MD 21201
410-209-4800