IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **CRIMINAL NO. RDB-10-0386** |
| **ADAM WAYNE BERG,** : | |
| **JEFFREY MARK HARMON,** | |
| **ROBERT BARRY ADCOCK, and** : | |
| **BERG BROS RECYLING, INC.,** | |
| Defendants. : | |

. . . oOo . . .

## GOVERNMENT'S RESPONSE TO DEFENDANT ADAM BERG'S MOTION FOR SEVERANCE

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Joyce K. McDonald, Assistant United States Attorney for said District, hereby responds to Defendant Adam Berg's Motion for Severance. The Motion asks the Court to sever the trial of Defendant Adam Berg from the trial of Robert Adcock. The Government believes that this Motion will become moot as meaningful plea discussions are underway between the Government and counsel for Mr. Adcock.

                                                Respectfully submitted,
                                                Rod J. Rosenstein
                                                United States Attorney


By:___/s/_____
      Joyce K. McDonald
      Assistant United States Attorney
      36 South Charles Street
      4th Floor
      Baltimore, MD 21201
      410-209-4800

CERTIFICATE OF SERVICE

This is to certify that on this ___19th___ day of _November 2010, a copy of the foregoing Government's Response to Defendant Adam Berg's Motion for Severance was served on counsel by e-filing with the Court.

                                                       _____
                                                       Joyce K. McDonald
                                                       Assistant United States Attorney
                                                       4th Floor
                                                       36 South Charles Street
                                                       Baltimore, MD 21201
                                                       410-209-4800