IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **CRIMINAL NO. RDB-10-0386** |
| **ADAM WAYNE BERG,** : | |
| **JEFFREY MARK HARMON,** | |
| **ROBERT BARRY ADCOCK, and** : | |
| **BERG BROS RECYLING, INC.,** | |
| Defendants. : | |

. . . oOo . . .

## GOVERNMENT'S RESPONSE TO DEFENDANT JEFFREY HARMON'S MOTION FOR DISCLOSURE

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Joyce K. McDonald, Assistant United States Attorney for said District, hereby responds to Defendant Jeffrey Harmon's Motion for Disclosure Pursuant to Fed.R.Evid. 404(b) and 609. The government has disclosed evidence it intends to offer pursuant to Rule 404(b) or which is arguably intrinsic to this offense by letter to defense counsel. The government is aware of no prior record of Mr. Harmon. Disclosure of prior criminal records of witnesses, if any, will be made when Jencks material is produced. The defendant is not entitled to discovery regarding other parties.

                                          Respectfully submitted,
                                          Rod J. Rosenstein
                                          United States Attorney

                              By:___/s/_____
                                  Joyce K. McDonald
                                  Assistant United States Attorney
                                  36 South Charles Street
                                  4th Floor
                                  Baltimore, MD 21201
                                  410-209-4800

CERTIFICATE OF SERVICE

This is to certify that on this ___19th___ day of _November 2010, a copy of the foregoing Government's Response to Defendant Jeffrey Harmon's Motion for Disclosure Pursuant to Fed.R.Evid 404(b) and 609 was served on counsel by e-filing with the Court.

_/s/_____
Joyce K. McDonald
Assistant United States Attorney
4th Floor
36 South Charles Street
Baltimore, MD 21201
410-209-4800