KJM:McD:2008R00035

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. RDB-10-0386 (Conspiracy to Receive Unlawful Payments by a Public Official (18 U.S.C. §371); False Statements, 18 U.S.C. §1001)) |
| ROBERT BARRY ADCOCK, | : | |
| Defendant. | : | |

...oooOooo...

## SUPERSEDING INFORMATION

The United States Attorney for the District of Maryland charges:

1. At all times material to this Information, the National Security Agency [hereafter "NSA"] was a component of the United States Department of Defense located at Ft. Meade, Maryland. Its functions include protecting the national security of the United States and producing foreign signals intelligence information.

2. At all times material to this Information, NSA had significant renovations to its buildings, which produced metals which could be recycled.

3. At all times material to this Information, **ROBERT BARRY ADCOCK** [hereafter "**ADCOCK**"] was a civilian employee of NSA who worked in the facilities and logistics department as a contracting officer's representative. As a contracting officer's representative, **ADCOCK** had responsibility for a waste removal contract, including removal of recyclable metals.

4. At times material to this Information, Jeffrey Mark Harmon [hereafter "Harmon"] was president of Berg Bros Recycling, Inc., [hereafter "Berg Bros"], 1401 West Hamburg Street,

1

Baltimore, MD, 21230, a company which received, processed and sold metal recyclables, including iron, copper and aluminum. Adam Wayne Berg was the son of the owner of Berg Recycling, a corporate officer, and an employee.

5. After March 2006, Harmon was an account officer for United Iron and Metal, LLC, (hereafter "United Iron"), a different metal recycler.

6. At all times material to this Information, NSA contracted with Waste Management to haul trash from NSA. NSA paid Waste Management to supply roll off containers at NSA, and to supply trucks and drivers to haul the trash, including metal recycling, to its destination. Waste Management submitted invoices to NSA for supplying and hauling every container of metal to be recycled at the rate of $150 - $154.35 per roll off container.

7. At all times material to this Information, when Waste Management delivered metals for recycling from NSA to Berg Bros or to United Iron, Berg Bros or United Iron was obligated to weigh the Waste Management trucks both full weight and empty weight, calculate the value of the metal recyclables by weight, and remit to NSA the value of the recyclable metal.

## THE CHARGE

8. From in and around March 2004 to in and around June 2006 in the District of Maryland, the defendant

**ROBERT BARRY ADCOCK**

with others known and unknown to the United States Attorney, did knowingly and willfully combine, conspire, and confederate to commit an offense against the United States, specifically: **ADCOCK**, being a public official, otherwise than as provided by law for the proper discharge of official duty, directly and indirectly demanded, sought, received and accepted things of value, namely, $109,919.74, for and because of official acts performed and to be performed by him

relating to his duties as the contracting officer's representative for NSA waste recycling, in violation of 18 U.S.C. §201(c)(1)(A).

## OVERT ACTS

9. In furtherance of the conspiracy and to effect its objects, in the District of Maryland, the following overt acts were committed.

    A. On or about May 13, 2004, **ADCOCK** received Berg Recycling check number 22752 in the amount of $26,006.00 and made payable to his relative's company, SRK.

    B. On or about October 26, 2004, **ADCOCK** received Berg Recycling check number 23971 payable to SRK in the amount of $8,316.80.

    C. On or about February 17, 2005, **ADCOCK** received Berg Recycling check number 24674 in the amount of $3,874.02 and made payable to SRK.

    D. On or about April 8, 2005, **ADCOCK** received cash from an officer of Berg Recycling in the approximate amount of $2,041.60.

    E. On or about January 27, 2006, **ADCOCK** received cash in the approximate amount of $1,675.00 from Berg Bros Recycling.

    F. In and around May 2006, **ADCOCK** directed Waste Management drivers to take NSA metal recycling to United Iron and Metals, LLC.

    F. In and around May 2, 2006, **ADCOCK** received payment of $1,267.20 by United Iron & Metal on an ATM card.

18 U.S.C. §371

3

## COUNT TWO

The Grand Jury for the District of Maryland further charges:

On or about November 4, 2005, in the District of Maryland,

**ROBERT BARRY ADCOCK,**

the defendant, in a matter within the jurisdiction of the executive branch of the Government of the United States, that is the National Security Agency, which is part of the Department of Defense, knowingly and willfully made a materially false, fictitious and fraudulent statement on his confidential financial disclosure form, that is, his Office of Government Ethics Form 450, in which he claimed to have no income other than his government salary for the fiscal year October 1, 2004 - September 30, 2005, when he then and there well knew that he had received substantial payments from **BERG BROS, BERG and HARMON**.

18 U.S.C. §1001

Rod J. Rosenstein
United States Attorney

Date: December 17, 2010