**Nancy Niesz Funk, Ph.D.**
**Licensed Psychologist**
28 Allegheny Avenue, Suite 508
Towson, Maryland 21204
Telephone: (410) 823-2101

Flynn M. Owens
Attorney at Law
1300 Court Square Building
200 E. Lexington St.
Baltimore, Maryland 21202

April 23, 2011

Dear Mr. Owens:

I received your telephone call today about Mr. Robert Adcock. Mr. Adcock has asked me to communicate with you and has given me written permission to do so.

Mr. Adcock's psychotropic medication is prescribed by his primary care physician. His primary care physician is:



> Yaniv Berger, MD
> 2700 Quarry Lake Drive, Suite 280
> Baltimore, Maryland 21209

My letter to Dr. Berger was not answered. I understand from Mr. Adcock that his medication is citalopram, 20 mg, one tablet daily. But Dr. Berger would know whether or not this is the case since he is the prescriber.

I have given Mr. Adcock a diagnosis of DSM-IV 300.4, Dysthymic Disorder. By his report, he appears to have suffered from Dysthymic Disorder his adult life, but as I did not know him earlier, I cannot say for certain if this is the case.

Dysthymic Disorder is a "chronically depressed mood that occurs for most of the day more days than not for at least two years" (DSM-IV, page 345). Other DSM-IV diagnostic criteria for Dysthymic Disorder include issues related to eating, either overeating or undereating; sleeping, either hypersomnia or insomnia; low energy or

**Nancy Niesz Funk, Ph.D.**
**Licensed Psychologist**
28 Allegheny Avenue, Suite 508
Towson, Maryland 21204
Telephone: (410) 823-2101

fatigue; low self-esteem; impaired concentration and problems making decisions; and hopeless feelings. Mr. Adcock met a sufficient number of the diagnostic criteria, in my opinion, to warrant the Dysthymic Disorder diagnosis.

Sincerely yours,

*Nancy Niesz Funk, Ph.D.*

Nancy Niesz Funk, Ph.D.
Licensed Psychologist