UNITED STATES DISTRICT COURT

DISTRICT OF MARYLAND

\_\_\_ FILED \_\_\_ ENTERED
\_\_\_ LOGGED \_\_\_ RECEIVED

SEP 0 6 2011

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY BCF           DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Plaintiff and | * | |
| Judgment Creditor, | * | |
| | * | |
| | * | |
| v. | * | Court No. RDB-10-00386 |
| | * | |
| Robert Barry Adcock, | * | |
| | * | |
| Defendant and | * | |
| Judgment Debtor, | * | |
| | * | |
| and | * | |
| Riverfront Federal | * | |
| Credit Union | * | |
| 430 South Fourth Street | * | |
| Reading, PA 19602, | * | |
| Garnishee. | * | |

## ANSWER OF THE GARNISHEE

_Steven G. Lescavage_ BEING DULY SWORN DEPOSES AND SAYS:
            (Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of

_____.

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____ of a partnership composed of which Garnishee is a partner.

IF GARNISHEE IS A CORPORATION:

That he/she is the *Asset Recovery Mgr* of Garnishee, *Riverfront Federal Credit Union* a corporation, organized under the laws of the State of *Pennsylvania*

On *August 31*, 2011, Garnishee was served with the Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown above)

Yes   No

    1.    Judgment Debtor was in my/our employ. *No.*

    2.    Pay period is _____ weekly, _____ bi-weekly _____ semi-monthly, _____ monthly. Enter date present pay period began. (Present means the pay period in which this order and notice of garnishment were served)

Enter date above pay period ends.

    3.    Enter amount of net wages. Calculate below:

        (a) Gross Pay        $ _____

        (b) Federal income tax    $ _____

        (c) F.I.C.A. income tax    $ _____

        (d) State income tax      $ _____

    Total of tax withholdings $ _____

    Net Wages        $ _____
    (a less total of b,c,d)

  4. Have there been previous garnishments in effect. If the answer is yes, describe below.  *NO*

  _____

  _____

  5. The Garnishee has custody, control or possession of the following property (non-earnings), in which the Debtor maintains an interest, as described below:

| Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|
| 1. *CREDIT UNION SAVINGS AND CHECKING Accts.* | *-$171.58 (over drawn)* | *ACCOUNT JOINT OWNER* |
| 2. _____ | _____ | _____ |
| 3. _____ | _____ | _____ |
| 4. _____ | _____ | _____ |

  Garnishee anticipates owing to the judgment-debtor in the future, the following amounts:

| Amount | Estimate date or Period Due |
|---|---|
| 1. $ _____ | _____ |
| 2. $ _____ | _____ |
| 3. $ _____ | _____ |
| 4. $ _____ | _____ |

(Check the applicable line below if you deny that you hold property subject to this order of garnishment.)

\_\_\_\_ [The Garnishee makes the following claim of exemption on the part of Judgment Debtor:]

\_\_\_\_ [Or has the following objections, defenses, or set-offs to Judgment Creditor's right to apply Garnishee's indebtedness to Judgment Debtor upon Judgment Creditor's claim:]

\_\_\_\_ [The Garnishee was then in no manner and upon no account indebted or under liability to the Judgment Debtor, _____, and that the Garnishee did not have in his/her possession or control any property belonging to the Judgment Debtor, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

The Garnishee mailed a copy of this answer by first class mail to (1) the Judgment Debtor, Robert Barry Adcock at Baltimore, MD 21234, and (2) the attorney for the United States, Joseph R. Baldwin, Assistant U.S. Attorney, 36 South Charles Street, 4th Floor, Baltimore, Maryland 21201.

_____
Garnishee

Subscribed and sworn to before me this

\_1\_ day of September 2011.

_____
Notary Public

My Commission expires: Nov. 10, 2012

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Arnulfo Guerra, Notary Public
City of Reading, Berks County
My Commission Expires Nov. 10, 2012
Member, Pennsylvania Association of Notaries